January 5, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

CVS PHARMACY, INC., Appellant

NO. 14-16-00917-CV                V.

SANDRA HOLMES, Appellee

_____

Today the Court heard appellant's motion to dismiss the interlocutory appeal from the order signed by the court below on October 21, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, CVS Pharmacy, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.